**Order entered November 19, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-01069-CV

**IN THE INTEREST OF A.C.M., A MINOR CHILD**

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-19569-Z**

## ORDER

The Court **REINSTATES** the appeal.

On October 27, 2015, we ordered the trial court to make findings regarding whether appellant is entitled to appointed counsel in this appeal from the order terminating his parental rights. We have received the trial court's order finding appellant is indigent and appointing Stephanie Pond to represent him. Accordingly, we **DIRECT** the Clerk of this Court to list Stephanie Pond as appellant Justin Ray Monroe's attorney of record.

Because appellant is now represented by counsel, we **DENY** his motion to compel the Dallas County District Clerk to send him the clerk's record.

Appellant's brief is due within **TWENTY DAYS** of the date of this order. *See* TEX. R. APP. P. 38.6(a).

We **DIRECT** the Clerk to send copies of this order to counsel for all parties and to appellant Justin Ray Monroe.


/s/      ELIZABETH LANG-MIERS
         PRESIDING JUSTICE